CALVIN O. BLACK, *Plaintiff in Error*, v. FIRST NATIONAL BANK OF BROOKSVILLE, FLORIDA, J. C. EMERSON and CHARLES MONROE PRICE, *Defendants in Error*.

Division B.

Opinion filed February 20, 1929.

Decision filed July 22, 1927.

Petition for rehearing granted November 14, 1927.

*Hampton & Green,* for Plaintiff in Error;

*Mabry, Reaves & Carlton* and *Whitehurst & Whitehurst,* for Defendants in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the order herein, and briefs and argument of counsel for the respective parties, and the record having been seen and in-

spected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said order; it is, therefore, considered, ordered and adjudged by the Court that the said order of the circuit court be, and the same is hereby affirmed.

WHITFIELD, P. J. AND TERRELL AND BUFORD, JJ., concur.